UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JULIE PLANK, as Trustee of the Plank 2010
Family Trust,
                      Plaintiff,

v.

BETTER WAY PLUMBING & REPAIRS,
INC., ANDRE WILLIAMS, and PIERRE R.
WILLIAMS,
                      Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 1581 (VB)

      As discussed at a conference held today and attended by counsel for plaintiff, but not by counsel for defendants, it is HEREBY ORDERED:

      1. By **June 17, 2022**, counsel for defendants shall submit a letter explaining his failure to appear for the June 13, 2022, conference or otherwise communicate with the Court.

      2. Plaintiff's motion for summary judgment, if any, is due **July 13, 2022**.

      3. Defendants' opposition to plaintiff's motion for summary judgment is due **July 27, 2022**.

      4. Plaintiff's reply in support of her motion for summary judgment is due **August 10, 2022**.

Dated: June 13, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge